**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE DAVID ROSENBLUM,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 5:19-cv-02050-MAA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  03/12/21

_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3  /s/ *Denise Bourgeois Haley*
   _____
4  Denise Bourgeois Haley
   Attorney for plaintiff Bruce David Rosenblum